23-11071-pb   Doc 2-1   Filed 07/10/23   Entered 07/10/23 09:38:50   Notice of Ch11 Mtg C/P: Notice Recipients   Pg 1 of 1

# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 7/10/2023
Case: 23−11071−pb  Form ID: 309F1  Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 560 Seventh Avenue Owner Secondary LLC | 560 Seventh Avenue    New York, NY 10018−1801 |
| ust | United States Trustee | Office of the United States Trustee − NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| aty | Kevin J. Nash | Goldberg Weprin Finkel Goldstein LLP    125 Park Avenue, 12th Floor    New York, NY 10017 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8033816 | AREPIII MVTS LLC | c/o Arden Group    1600 Market Street, Suite 2600    Philadelphia, PA 19103 |
| 8033820 | ArentFox Schiff LLP | Attn: Richard L. Brand, Esq.    1717 K. Street N.W.    Washington, D.C. 20006 |
| 8033817 | Brian Nath | 1600 Market Street, Suite 2600    Philadelphia, PA 19103 |
| 8033819 | CREP Times Square Hotel LLC | c/o Corten Real Estate Partners    Attn: Brandon Fury, Principal    1000 N. West Street, Suite 913    Wilmington, DE 19801 |
| 8033818 | Eric F. Allendorf, Esq. | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |
| 8033821 | FTI Consulting | Attn: Eun Suk Oh    1166 Avenue of the Americas, 15th Floor    New York, NY 10036 |
| 8033822 | Faegre Drinker Biddle & Reath LLP | Attn: Jinho Alex Yim    1177 Avenue of the Americas, 41st Floor    New York, NY 10036 |
| 8033824 | Global One Asset Management | 4F, Hanyang Bldg, 18, Gukhoe−daero 70−gi    Yeongdeungpo−gu, South Korea 07237 |
| 8033825 | Internal Revenue Service | Centralized Insolvency Operations    PO Box 7346    Philadelphia, PA 19101−7346 |
| 8033826 | NYC Dep't of Finance | Legal Affairs, Collection Unit    375 Pearl St Apt 30    New York, NY 10038−1442 |
| 8033827 | NYC Dept of Law | Attn: Bernadette Brennan, Esq.    100 Church St Rm 5−233    New York, NY 10007−2601 |
| 8033828 | NYS Attorney General | 28 Liberty St    New York, NY 10005−1400 |
| 8033829 | NYS Dep't of Taxation | Bankruptcy/Special Procedure    PO Box 5300    Albany, NY 12205−0300 |
| 8033823 | OWS CRE Funding I, LLC | Attn: Victor Diaso    299 Park Avenue, 25th Floor    New York, NY 10171 |

TOTAL: 22