UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | Case No. 23-11071 (PB) |
| : | |
| 560 SEVENTH AVENUE OWNER : | |
| SECONDARY LLC, : | CHAPTER 11 |
| : | |
| : | |
| Debtor. : | |

-------------------------------------------------------------x

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned cases scheduled for **Monday, August 7, 2023, at 2:00 p.m.** (the "Designated Meeting Time") will now be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call In Information**

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:   (877) 727-9367, enter the Participant Code: 1864657 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date:   July 10, 2023

William K. Harrington
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10014

By:   */s/ Brian S. Masumoto*
Brian S. Masumoto
Trial Attorney