# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 7/10/2023 |
| Case: 23−11071−pb | Form ID: pdf001 | Total: 18 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
aty     Brian S. Masumoto     nysbnotice@gmail.com
aty     Kevin J. Nash     kjnash@gwfglaw.com

                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     560 Seventh Avenue Owner Secondary LLC     560 Seventh Avenue     New York, NY 10018−1801
8033816     AREPIII MVTS LLC     c/o Arden Group     1600 Market Street, Suite 2600     Philadelphia, PA 19103
8033820     ArentFox Schiff LLP     Attn: Richard L. Brand, Esq.     1717 K. Street N.W.     Washington, D.C. 20006
8033817     Brian Nath     1600 Market Street, Suite 2600     Philadelphia, PA 19103
8033819     CREP Times Square Hotel LLC     c/o Corten Real Estate Partners     Attn: Brandon Fury, Principal     1000 N. West Street, Suite 913     Wilmington, DE 19801
8033818     Eric F. Allendorf, Esq.     Paul Hastings LLP     200 Park Avenue     New York, NY 10166
8033821     FTI Consulting     Attn: Eun Suk Oh     1166 Avenue of the Americas, 15th Floor     New York, NY 10036
8033822     Faegre Drinker Biddle & Reath LLP     Attn: Jinho Alex Yim     1177 Avenue of the Americas, 41st Floor     New York, NY 10036
8033824     Global One Asset Management     4F, Hanyang Bldg, 18, Gukhoe−daero 70−gi     Yeongdeungpo−gu, South Korea 07237
8033825     Internal Revenue Service     Centralized Insolvency Operations     PO Box 7346     Philadelphia, PA 19101−7346
8033826     NYC Dep't of Finance     Legal Affairs, Collection Unit     375 Pearl St Apt 30     New York, NY 10038−1442
8033827     NYC Dept of Law     Attn: Bernadette Brennan, Esq.     100 Church St Rm 5−233     New York, NY 10007−2601
8033828     NYS Attorney General     28 Liberty St     New York, NY 10005−1400
8033829     NYS Dep't of Taxation     Bankruptcy/Special Procedure     PO Box 5300     Albany, NY 12205−0300
8033823     OWS CRE Funding I, LLC     Attn: Victor Diaso     299 Park Avenue, 25th Floor     New York, NY 10171

                                             TOTAL: 15