**TARTER KRINSKY & DROGIN LLP**
*Counsel to Garment Center Congregation*
1350 Broadway, 11th Floor
New York, New York 10018
Tel (212) 216-8000
Scott S. Markowitz, Esq.
Debra Bodian Bernstein, Esq.
smarkowitz@tarterkrinsky.com
dbernstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

560 Seventh Avenue Owner Secondary LLC,

                       Debtor.

------------------------------------------------------------x

Chapter 11

Case No.: 23-11071 (PB)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES, PLEADINGS, AND ORDERS

**PLEASE TAKE NOTICE**, that Tarter Krinsky & Drogin LLP, as counsel to Garment Center Congregation, party in interest ("Garment Center"), hereby enters its appearance in the above-captioned Chapter 11 case pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in this case, be served upon the undersigned at the following address:

> Scott S. Markowitz, Esq.
> Debra Bodian Bernstein, Esq.
> Tarter Krinsky & Drogin LLP
> 1350 Broadway, 11th Floor
> New York, New York 10018
> Tel: (212) 216-8000
> Fax: (212) 216-8001
> Email: smarkowitz@tarterkrinsky.com
> Email: dbernstein@tarterkrinsky.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and

whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by Garment Center of its: (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated: New York, New York
July 10, 2023

                          **TARTER KRINSKY & DROGIN LLP**
                          *Counsel to Garment Center Congregation*

                          By: /s/ Scott S. Markowitz
                                Scott S. Markowitz, Esq.
                                Debra Bodian Bernstein, Esq.
                                1350 Broadway, 11th Floor
                                New York, New York 10018
                                Tel: (212) 216-8000
                                smarkowitz@tarterkrinsky.com
                                dbernstein@tarterkrinsky.com