**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 23-11071-pb |
| 560 SEVENTH AVENUE OWNER SECONDARY, LLC, | |
| Debtor. | |

-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Faegre Drinker Biddle & Reath LLP hereby files this *Notice of Appearance and Request for Service of Papers* as counsel for Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 1(H) and Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 2(H) (collectively, "Global One") in the above-captioned case (the "Chapter 11 Case"). Pursuant to Bankruptcy Rule 2002, Global One respectfully requests that all notices given or required to be given in the Chapter 11 Case and all papers served or required to be served in the Chapter 11 Case be served upon:

> Laura E. Appleby
> Faegre Drinker Biddle & Reath LLP
> 1177 Avenue of the Americas, 41st Floor
> New York, NY 10036
> Telephone: (212) 248-3197
> Facsimile: (212) 248-3141
> laura.appleby@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written, or oral, and whether transmitted or conveyed by mail,

overnight courier, electronic mail, delivery, telephone, or otherwise filed or given with regard to the above-referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended, or shall be deemed, to waive the right of Global One (1) to have the final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceedings; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) to contest jurisdiction or appropriate venue of this Court in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated:  New York, New York
       July 12, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  /s/ Laura E. Appleby
    Laura E. Appleby
    1177 Avenue of the Americas, 41st Floor
    New York, NY 10036
    Telephone: (212) 248-3197
    Facsimile: (212) 248-3141
    laura.appleby@faegredrinker.com

*Counsel for Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 1(H) and Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 2(H)*