UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

560 Seventh Avenue Owner Secondary LLC,   Chapter 11
                                          Case No. 23-11071 (PB)

                      Debtor.
-------------------------------------------------------------------X

## ORDER SCHEDULING INITIAL CASE CONFERENCE

The Debtor having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on July 9, 2023 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted via Zoom for Government by the Honorable Philip Bentley, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York, on August 3, 2023 at 11:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, <u>inter alia</u>, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences. This hearing will be conducted using Zoom for Government. Parties that wish to appear at a zoom hearing, whether making a live or listen only appearance before the Court, need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt−appearances. The deadline to sign up for each hearing before Judge Bentley is 4:00 PM the business day before a hearing is scheduled. After the deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for each zoom hearing; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to: (a) each committee appointed to serve in the case pursuant to 11 U.S.C. Section 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims); (b) the holders of the five largest secured claims; (c) any postpetition lender to the Debtor; (d) the United States Trustee; and (e) all parties who have filed notices of appearance and request for papers, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated:  New York, New York
        July 12, 2023

                                          <u>/s/ Philip Bentley</u>
                                          HONORABLE PHILIP BENTLEY
                                          UNITED STATES BANKRUPTCY JUDGE