UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**560 SEVENTH AVENUE OWNER SECONDARY LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11071-pb |

**AMENDED NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that **AREPIII MVTS, LLC** and **CREP TIMES SQUARE HOTEL LLC** (together, "AREP/CREP"), by their attorneys Paul Hastings LLP, hereby appear in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

> PAUL HASTINGS LLP
> 200 Park Avenue
> New York, NY 10166
> Attention: Harvey A. Strickon
> Tel: (212) 318-6380
> Fax: (212) 230-7689
> E-mail: harveystrickon@paulhastings.com

The foregoing demand includes, not only the notices and papers referred to in the Bankruptcy Rules specified above but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect

-1-

LEGAL_US_E # 155562207.1

in any way any rights or interests of the Debtor.

      This appearance and demand for notice and service of papers is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over AREP/CREP nor, specifically but not limited to, a waiver of (i) AREP/CREP's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) AREP/CREP's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) AREP/CREP's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which AREP/CREP is or may be entitled under any agreement, in law or in equity, as of which rights, claims, actions, defenses, set-offs, and recoupments, AREP/CREP expressly reserves.

Dated: New York, New York
       July 12, 2023

**PAUL HASTINGS LLP**

By:   /s/ Harvey A. Strickon
       Harvey A. Strickon

Attorneys for
**AREPIII MVTS, LLC** and
**CREP TIMES SQUARE HOTEL LLC**

200 Park Avenue
New York, NY 10166
Tel: (212) 318-6380
Fax: (212) 230-7689
E-mail: harveystrickon@paulhastings.com

LEGAL_US_E # 155562207.1