**Platzer, Swergold,
Goldberg, Katz, & Jaslow, LLP**
Counsel For NEC Financial Services, LLC
475 Park Avenue South
New York, New York 10016
(212) 593-3000
Clifford A. Katz, Esq.
ckatz@platzerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

In re:                                                                                          :

                                                                                                      Chapter 11

560 Seventh Avenue Owner Secondary LLC                      :

                                                                                                      Case No.: 23-11071(PB)

                                                                    Debtor.        :

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for NEC Financial Services, LLC pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Goldberg, Katz & Jaslow, LLP
> Counsel for NEC Financial Services, LLC
> 475 Park Avenue South, 18th Floor
> New York, New York 10016
> Attn: Clifford A. Katz, Esq.
> Telephone: 212-593-3000
> Facsimile: 212-593-0353
> ckatz@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of the NEC Financial Services, LLC with respect to (a) the bankruptcy estate; (b) property or proceeds thereof in which the bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the bankruptcy estate.

Dated: New York, New York
      July 12, 2023

                                   Platzer, Swergold, Goldberg,
                                   Katz & Jaslow, LLP
                                   *Counsel for NEC Financial Services, LLC*

                         By:  */s/ Clifford A. Katz*
                                 Clifford A. Katz, Esq.
                              475 Park Ave. South 18th Fl
                              New York, New York 10016
                              (212) 593-3000
                              ckatz@platzerlaw.com