UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                   :
                                                        :        Case No. 23-11071 (PB)
                                                        :
560 SEVENTH AVENUE OWNER                                :
SECONDARY LLC,                                          :        CHAPTER 11
                                                        :
                                                        :
Debtor.                                                 :
-------------------------------------------------------------x

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned cases scheduled for **Monday, August 7, 2023, at 2:00 p.m.** (the "Designated Meeting Time") will now be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

### Call In Information

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:   (877) 727-9367, enter the Participant Code: 1864657 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date:   July 10, 2023

                                      William K. Harrington
                                      United States Trustee for Region 2
                                      U.S. Department of Justice
                                      Office of the United States Trustee
                                      Alexander Hamilton Custom House
                                      One Bowling Green, Room 534
                                      New York, New York 10014

By:    ***/s/ Brian S. Masumoto***
          Brian S. Masumoto
          Trial Attorney

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11071-pb |
| 560 Seventh Avenue Owner Secondary LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf001 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 560 Seventh Avenue Owner Secondary LLC, 560 Seventh Avenue, New York, NY 10018-1801 |
| 8033816 | + | AREPIII MVTS LLC, c/o Arden Group, 1600 Market Street, Suite 2600, Philadelphia, PA 19103-7219 |
| 8033820 | + | ArentFox Schiff LLP, Attn: Richard L. Brand, Esq., 1717 K. Street N.W., Washington, D.C. 20006-5344 |
| 8033817 | + | Brian Nath, 1600 Market Street, Suite 2600, Philadelphia, PA 19103-7219 |
| 8033819 | + | CREP Times Square Hotel LLC, c/o Corten Real Estate Partners, Attn: Brandon Fury, Principal, 1000 N. West Street, Suite 913, Wilmington, DE 19801-1050 |
| 8033818 | + | Eric F. Allendorf, Esq., Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| 8033821 | + | FTI Consulting, Attn: Eun Suk Oh, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036-2745 |
| 8033822 | + | Faegre Drinker Biddle & Reath LLP, Attn: Jinho Alex Yim, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| 8033824 | | Global One Asset Management, 4F, Hanyang Bldg, 18, Gukhoe-daero 70-gi, Yeongdeungpo-gu, South Korea 07237 |
| 8033827 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 8033828 | | NYS Attorney General, 28 Liberty St, New York, NY 10005-1400 |
| 8033823 | + | OWS CRE Funding I, LLC, Attn: Victor Diaso, 299 Park Avenue, 25th Floor, New York, NY 10171-0017 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 8033825 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2023 19:12:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8033826 | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 10 2023 19:12:00 | NYC Dep't of Finance, Legal Affairs, Collection Unit, 375 Pearl St Apt 30, New York, NY 10038-1442 |
| 8033829 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 10 2023 19:12:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf001 | Total Noticed: 15 |
| Date: Jul 12, 2023 | Signature:    /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Kevin J. Nash | on behalf of Debtor 560 Seventh Avenue Owner Secondary LLC kjnash@gwfglaw.com  kjnash@gwfglaw.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3