**REICH REICH & REICH, P.C.**
**Attorneys for Creditor**
**IMCMV Times Square, LLC**
**235 Main Street, Suite 450**
**White Plains, New York 10601**
**(914) 949-2126**
**By: Lawrence R. Reich**
lreich@reichpc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**In re:**

    **560 SEVENTH AVENUE OWNER**         **Chapter 11**
    **SECONDARY LLC,**                                  **Case No. 23-11071(PB)**

                         **Debtor.**
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICE PURSUANT TO BANKRUPTCY RULE 9010

    **PLEASE TAKE NOTICE** that the undersigned appear for IMCMV Times Square, LLC, Creditor.

    **REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which IMCMV Times Square, LLC is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

    **REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

1

whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or

otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
   July 13, 2023

                 /s/ Lawrence R. Reich
                 Lawrence R. Reich, Esq.
                 REICH REICH & REICH, P.C.
                 Attorneys for Creditor
                 IMCMV Times Square, LLC
                 235 Main Street, Suite 450
                 White Plains, NY 10601
                 (914) 949-2126
                 lreich@reichpc.com

To: United States Bankruptcy Court
   Southern District of New York
   One Bowling Green
   New York, NY 10004

   Goldberg Weprin Finkel
   Goldstein LLP
   125 Park Avenue, 12th Floor
   New York, NY 10017
   Attn: Kevin J. Nash, Esq.