REICH REICH & REICH, P.C.
Attorneys for Creditor
IMCMV Times Square, LLC
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
By: Lawrence R. Reich
lreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

    560 SEVENTH AVENUE OWNER            Chapter 11
    SECONDARY LLC,                              Case No. 23-11071(PB)

                                   Debtor.
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER     )SS:

    SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

    On July 13, 2023, I served true copies of the annexed Notice of Appearance and Request for Notice Pursuant to Bankruptcy Rule 9010, together with the notice of electronic filing of the foregoing document, by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of:

| | |
|---|---|
| United States Bankruptcy Court | Goldberg Weprin Finkel |
| Southern District of New York | Goldstein LLP |
| One Bowling Green | 125 Park Avenue, 12th Floor |
| New York, NY 10004 | New York, NY 10017 |
| | Attn: Kevin J. Nash, Esq. |

Sworn to before me on
July 13, 2023

                                               /s/Samara Neal
/s/Eric Streich                           SAMARA NEAL

Notary Public
ERIC STREICH
Notary Public, State of New York
No. 02ST4861837
Qualified in Westchester County
Commission Expires 5-19-26