**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
|  | ) Case No. 23-11071 (PB) |
| 560 SEVENTH AVENUE OWNER SECONDARY LLC, | ) |
|  | ) |
|  | ) |
| Debtor. | ) |

I, Harvey A. Strickon, Of Counsel to the law firm of Paul Hastings LLP, attorneys for AREPIII MVTS, LLC and CREP Times Square Hotel LLC (the "Moving Parties"), do hereby certify that, on July 12, 2023, I electronically served copies of the Moving Parties' Motion for Relief from Stay [ECF Doc 10] on the following:

Kevin J. Nash – knash@gwfglaw.com
Brian S. Masumoto – nysbnotice@gmail.com

and on July 13, 2023, I caused hard copies of same to be mailed by U.S.P.S., first class, to the following:

GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
Attn: Kevin J. Nash, Esq.
125 Park Avenue, 12th Floor
New York, NY 10017-5690
Attorneys for Debtor

BRIAN S. MASUMOTO, ESQ.
Department Of Justice-United States Trustee
Alexander Hamilton Custom House
One Bowling Green
Room 534
New York, NY 10004-1408

Honorable Philip Bentley
United States Bankruptcy Judge for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

2

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 13, 2023

                                                                                     /s/ Harvey A. Strickon
                                                                                       Harvey A. Strickon