**Margaritaville Resort Times Square**
**Hotel Budget: 2023 (Year 2)**

| Date | 1/31/2023 | 2/28/2023 | 3/31/2023 | 4/30/2023 | 5/31/2023 | 6/30/2023 | 7/31/2023 | 8/31/2023 | 9/30/2023 | 10/31/2023 | 11/30/2023 | 12/31/2023 | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Hotel** | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | **Total** | **%** |
| Total Rooms Available | 7,254 | 6,552 | 7,254 | 7,020 | 7,254 | 7,020 | 7,254 | 7,254 | 7,020 | 7,254 | 7,020 | 7,254 | 85,410 | |
| Total Rooms Sold | 4,563 | 4,948 | 6,566 | 6,675 | 6,867 | 6,823 | 7,043 | 6,891 | 6,669 | 6,891 | 6,669 | 6,891 | 77,497 | |
| Occupancy % | 63% | 76% | 91% | 95% | 95% | 97% | 97% | 95% | 95% | 95% | 95% | 95% | 91% | |
| Average Daily Rate | $ 178.26 | $ 174.33 | $ 231.53 | $ 293.97 | $ 318.80 | $ 310.03 | $ 290.00 | $ 290.00 | $ 365.00 | $ 365.00 | $ 325.00 | $ 425.00 | $ 303.90 | |
| RevPAR | $ 112.39 | $ 131.65 | $ 209.57 | $ 279.53 | $ 301.79 | $ 301.33 | $ 281.56 | $ 275.50 | $ 346.75 | $ 346.75 | $ 308.75 | $ 403.75 | $ 275.75 | |
| Rooms Revenue | $ 815,292 | $ 862,582 | $1,520,204 | $1,962,280 | $2,189,187 | $2,115,318 | $2,042,443 | $1,998,477 | $2,434,185 | $2,515,325 | $2,167,425 | $2,928,803 | $23,551,520 | 87.29% |
| Miscellaneous Revenue | $ 174,802 | $ 215,135 | $ 290,451 | $ 298,585 | $ 303,137 | $ 299,379 | $ 316,931 | $ 310,109 | $ 300,105 | $ 310,109 | $ 300,105 | $ 310,109 | $ 3,428,955 | 12.71% |
| Operating Revenue | $ 990,094 | $1,077,717 | $1,810,655 | $2,260,865 | $2,492,324 | $2,414,697 | $2,359,374 | $2,308,586 | $2,734,290 | $2,825,433 | $2,467,530 | $3,238,911 | $26,980,475 | 100% |
| Rooms Expense | $ 407,893 | $ 377,254 | $ 430,319 | $ 422,092 | $ 463,148 | $ 360,592 | $ 455,724 | $ 446,309 | $ 440,657 | $ 442,171 | $ 436,717 | $ 445,780 | $ 5,128,655 | 19.01% |
| IMC Resort fee split | $ 68,247 | $ 84,346 | $ 115,088 | $ 118,696 | $ 119,880 | $ 119,063 | $ 126,772 | $ 124,043 | $ 120,042 | $ 124,043 | $ 120,042 | $ 124,043 | $ 1,364,306 | 5.06% |
| Travel Agent Commisions | $ 60,089 | $ 62,769 | $ 134,409 | $ 187,654 | $ 242,826 | $ 198,848 | $ 153,183 | $ 149,886 | $ 182,564 | $ 188,649 | $ 162,557 | $ 219,660 | $ 1,943,094 | 7.20% |
| Departmental Expenses | $ 536,229 | $ 524,369 | $ 679,816 | $ 728,442 | $ 825,854 | $ 678,503 | $ 735,680 | $ 720,238 | $ 743,263 | $ 754,864 | $ 719,315 | $ 789,484 | $ 8,436,056 | 31% |
| Departmental Income | $ 453,865 | $ 553,348 | $1,130,839 | $1,532,423 | $1,666,470 | $1,736,194 | $1,623,694 | $1,588,347 | $1,991,027 | $2,070,569 | $1,748,215 | $2,449,427 | $18,544,420 | 75.36% |
| Administrative & General | $ 187,435 | $ 153,942 | $ 200,438 | $ 217,434 | $ 224,826 | $ 242,773 | $ 194,406 | $ 191,085 | $ 201,222 | $ 206,591 | $ 193,219 | $ 218,995 | $ 2,432,367 | 9.02% |
| Information and Technology | $ 19,011 | $ 22,424 | $ 21,885 | $ 22,606 | $ 21,192 | $ 20,876 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 259,694 | 0.96% |
| Sales & Marketing | $ 60,169 | $ 85,451 | $ 92,061 | $ 90,312 | $ 88,324 | $ 99,467 | $ 137,746 | $ 135,064 | $ 130,784 | $ 131,240 | $ 127,083 | $ 135,064 | $ 1,312,765 | 4.87% |
| Franchise Fees | $ 86,873 | $ 85,811 | $ 117,831 | $ 139,621 | $ 144,898 | $ 141,789 | $ 183,956 | $ 181,073 | $ 206,855 | $ 212,083 | $ 190,849 | $ 236,892 | $ 1,928,532 | 7.15% |
| Repairs & Maintenance | $ 78,933 | $ 78,016 | $ 98,692 | $ 102,494 | $ 120,476 | $ 87,835 | $ 127,558 | $ 124,833 | $ 121,506 | $ 123,075 | $ 119,804 | $ 124,833 | $ 1,308,055 | 4.85% |
| Utilities | $ 79,610 | $ 78,194 | $ 69,012 | $ 73,808 | $ 71,694 | $ 72,533 | $ 84,515 | $ 82,696 | $ 80,028 | $ 82,696 | $ 80,028 | $ 82,696 | $ 929,962 | 3.45% |
| Undistributed Operating Expenses | $ 512,031 | $ 503,838 | $ 599,919 | $ 646,274 | $ 671,409 | $ 665,274 | $ 750,131 | $ 736,701 | $ 762,345 | $ 777,634 | $ 732,934 | $ 820,430 | $ 8,171,374 | 30% |
| Gross Operating Profit | $ (58,166) | $ 49,510 | $ 530,920 | $ 886,149 | $ 995,061 | $1,070,920 | $ 873,564 | $ 851,646 | $1,228,682 | $1,292,935 | $1,015,281 | $1,628,997 | $10,373,045 | 38% |
| Gross Operating Profit % | -6% | 5% | 29% | 39% | 40% | 44% | 37% | 37% | 45% | 46% | 41% | 50% | 38% | |
| Hotel Management Fees | $ 42,578 | $ 45,207 | $ 67,195 | $ 80,709 | $ 87,645 | $ 85,316 | $ 84,042 | $ 82,519 | $ 95,290 | $ 98,024 | $ 87,287 | $ 110,429 | $ 966,241 | 3.58% |
| Incentive Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.00% |
| Hotel EBITDA | $ (100,744) | $ 4,303 | $ 463,725 | $ 805,440 | $ 907,416 | $ 985,605 | $ 789,521 | $ 769,127 | $1,133,392 | $1,194,911 | $ 927,994 | $1,518,568 | $ 9,406,804 | 34.87% |
| FF&E Reserve | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.00% |
| EBITDA Less Reserve | $ (100,744) | $ 4,303 | $ 463,725 | $ 805,440 | $ 907,416 | $ 985,605 | $ 789,521 | $ 769,127 | $1,133,392 | $1,194,911 | $ 927,994 | $1,518,568 | $ 9,406,804 | 34.87% |
| **Property** | | | | | | | | | | | | | | |
| IMCV | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 3,600,000 | |
| Ground Floor Retail (Pop-up) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Lease Income | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 3,600,000 | |
| Property Tax | $ 168,420 | $ 168,420 | $ 168,420 | $ 168,420 | $ 168,420 | $ 168,413 | $ 168,413 | $ 168,413 | $ 168,413 | $ 168,413 | $ 168,413 | $ 168,413 | $ 2,020,989 | |
| Insurance | $ 37,968 | $ 37,968 | $ 37,968 | $ 37,968 | $ 37,968 | $ 39,866 | $ 39,866 | $ 39,866 | $ 39,866 | $ 39,866 | $ 39,866 | $ 39,866 | $ 468,903 | |
| Retail Marketing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Property Management fees | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 108,000 | |
| Property Operating Expenses | $ 215,387 | $ 215,387 | $ 215,387 | $ 215,387 | $ 215,387 | $ 217,279 | $ 217,279 | $ 217,279 | $ 217,279 | $ 217,279 | $ 217,279 | $ 217,279 | $ 2,597,891 | |
| Total EBITDA | $ (16,131) | $ 88,916 | $ 548,338 | $ 890,053 | $ 992,029 | $1,068,325 | $ 872,242 | $ 851,848 | $1,216,113 | $1,277,632 | $1,010,715 | $1,601,289 | $10,401,368 | |