

May 15, 2023

**VIA EMAIL:**

Greg Denton
Managing Director
Arden Group
gd@ardengroup.com

Brandon S. Flury
Principal
Corten Real Estate Partners
bflury@cortenrealestate.com

David Small
Director
OWS Real Estate Finance, LLC
dsmall@owsref.com

    Re:    <u>Margaritaville Resort Times Square Outstanding Brand Invoices</u>

To Greg, Brandon, and David,

Pursuant to the discussions that have been held regarding the Margaritaville Resort Times Square, this letter provides an accounting of the outstanding invoices owed to Margaritaville Enterprises by 560 Seventh Avenue Owner, LLC. The outstanding balance as of May 11th, 2023 is $1,205,935.31 with $1,187,206.38 being past due.  The invoices span dates starting from October 2022 through May 11, 2023.

The amounts owed include past due payments for:
1. Royalty fees
2. Marketing fees
3. Fixed monthly sub-license fees
4. Medallia system expenses
5. Website host maintenance fees
6. CRS/CRM/GDS/Perks/Call Center fees
7. Booking channel fees
8. Maritz Global Events Conference registration fees



Margaritaville understands from the OWS Real Estate Finance, LLC that the lockbox was triggered the week of May 1, 2023 and that you are working to take inventory of all accounts payable. Per our conversations, we also understand that there is consensus it is in everyone's interest to maintain uninterrupted operations and consistent guest service to preserve the value of the asset. The hotel is #7 of 531 hotels on TripAdvisor with a 5-star rating and 645 reviews. In our experience, keeping this rating requires maintaining brand standards and making sure all invoices are paid for uninterrupted service.

Below is a list of outstanding invoices and the corresponding balances and the actual invoices are attached in the Exhibit below.

| Invoice # | Invoice Date | Due Date | Outstanding Balance |
|---|---|---|---|
| INV1679 | 10/10/2022 | 01/10/2023 | $397,329.52 |
| INV1903 | 10/31/2022 | 01/31/2023 | 419,176.64 |
| INV2073 | 03/01/2023 | 03/31/2023 | 625.00 |
| INV2074 | 03/01/2023 | 03/31/2023 | 1,000.00 |
| INV2129 | 03/09/2023 | 03/31/2023 | 500.00 |
| INV2218 | 03/31/2023 | 04/30/2023 | 20,893.80 |
| INV2172 | 04/01/2023 | 04/01/2023 | 1,000.00 |
| INV2173 | 04/01/2023 | 04/01/2023 | 625.00 |
| INV2234 | 04/10/2023 | 04/30/2023 | 144,431.42 |
| INV2235 | 04/10/2023 | 05/10/2023 | 50,000.00 |
| INV2236 | 04/10/2023 | 05/10/2023 | 50,000.00 |
| INV2237 | 04/10/2023 | 05/10/2023 | 50,000.00 |
| INV2300 | 04/30/2023 | 05/31/2023 | 50,000.00 |
| INV2316 | 04/30/2023 | 05/31/2023 | 18,728.93 |
| INV2287 | 05/01/2023 | 05/01/2023 | 625.00 |
| INV2288 | 05/01/2023 | 05/01/2023 | 1,000.00 |
| **Grand total** | | | **$1,205,935.31** |

We appreciate your assistance in having the invoices paid promptly. We are available to discuss at any time.

Very truly yours,

By: _____
Name: Evan Laskin
Title: Chief Investment Officer, Margaritaville Enterprises,
sole manager of Margaritaville Hotels & Resorts, LLC

cc:  John Cohlan
     Dan Leonard
     Brad Schwaeble



Kristen Fancher
Laura McConnell
Cate Farmer
Michael Groves
Sharif El-Gamel

**Exhibit**

# INVOICE

**Margaritaville Enterprises**

INVOICE #: INV1679
DATE: 10/10/2022
DUE DATE: 10/31/2022

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $397,329.52
TOTAL DUE: $397,329.52

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Margaritaville Times Square Q3 2022 Royalty & Marketing | $247,329.52 |
| Q3 2022 Fixed Monthly Sub-license Fee | $150,000.00 |
| TOTAL AMOUNT: | $397,329.52 |

Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $397,329.52

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV1679

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 10/10/2022    Terms:    Due Date: 10/31/2022    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Enterprises**

INVOICE #: INV1903
DATE: 01/10/2023
DUE DATE: 01/31/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $419,176.64
TOTAL DUE: $419,176.64

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Margaritaville Times Square Q4 2022 Royalty & Marketing | $269,176.64 |
| Q4 2022 Fixed Monthly Sub-license Fee | $150,000.00 |
| **TOTAL AMOUNT:** | **$419,176.64** |

Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $419,176.64

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV1903

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 01/10/2023    Terms:    Due Date: 01/31/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Enterprises**

INVOICE #: INV2073
DATE: 03/01/2023
DUE DATE: 03/31/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $625.00
TOTAL DUE: $625.00

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Medallia System Monthly Expense - Mar 2023 | $625.00 |
| TOTAL AMOUNT: | $625.00 |

Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $625.00

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV2073

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

REMIT TO: Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 03/01/2023   Terms:   Due Date: 03/31/2023   Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Enterprises**

INVOICE #: INV2074
DATE: 03/01/2023
DUE DATE: 03/31/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $1,000.00
TOTAL DUE: $1,000.00

BILL TO: **MARGARITAVILLE NEW YORK**
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| MAR 2023 WEBSITE HOST/MAINTENANCE FEE | $1,000.00 |
| TOTAL AMOUNT: | $1,000.00 |

Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $1,000.00

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV2074

BILL TO: **MARGARITAVILLE NEW YORK**
MV TIMES SQUARE RESORT

REMIT TO: Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 03/01/2023    Terms:    Due Date: 03/31/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Enterprises**

6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

INVOICE #: INV2129
DATE: 03/09/2023
DUE DATE: 03/31/2023

TOTAL AMOUNT: $500.00
TOTAL DUE: $500.00

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| 2023 Maritz Global Events Conference Registration | $500.00 |
| TOTAL AMOUNT: | $500.00 |

Margaritaville Enterprises
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $500.00

AMOUNT ENCLOSED:

Customer ID - Name: C00267 - MARGARITAVILLE NEW YORK
Invoice #: INV2129

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

REMIT TO: Margaritaville Enterprises
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

Invoice Date: 03/09/2023    Terms:    Due Date: 03/31/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Enterprises**

INVOICE #: INV2172
DATE: 04/01/2023
DUE DATE: 04/01/2023

6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $1,000.00
TOTAL DUE: $1,000.00

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| APR 2023 WEBSITE HOST/MAINTENANCE FEE | $1,000.00 |
| **TOTAL AMOUNT:** | **$1,000.00** |

Margaritaville Enterprises
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $1,000.00

AMOUNT ENCLOSED:

Customer ID - Name: C00267 - MARGARITAVILLE NEW YORK
Invoice #: INV2172

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Enterprises
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

Invoice Date: 04/01/2023    Terms:    Due Date: 04/01/2023    Customer ID: C00267

# INVOICE

**Margaritaville Enterprises**

INVOICE #: INV2173
DATE: 04/01/2023
DUE DATE: 04/01/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $625.00
TOTAL DUE: $625.00

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Medallia System Monthly Expense - Apr 2023 | $625.00 |
| TOTAL AMOUNT: | $625.00 |

Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $625.00

AMOUNT ENCLOSED:

Customer ID - Name: C00267 - MARGARITAVILLE NEW YORK
Invoice #: INV2173

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

REMIT TO: Margaritaville Enterprises
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 04/01/2023    Terms:    Due Date: 04/01/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**



Margaritaville Hospitality Group

Michelle Droz
6900 Turkey Lake Rd, Ste 200
Orlando, Florida 32819
407-930-7225

Bill to: Margaritaville Resort Times Square
560 Seventh Ave New York, NY 10018

Property CRS ID : 34443

| Invoice Date | Property | System Vendor | Invoice # |
|---|---|---|---|
| 4/10/2023 | Margaritaville Resort Times Square | Sabre Hospitality Solutions | INV2218 |

| Miscellaneous Description | | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Mar-23 | CRS Monthly Maintenance Fees | 1 | $ 350.00 | $ 350.00 |
| Mar-23 | Channel Connect Reservations | 2,503 | $ 2.50 | $ 6,257.50 |
| Mar-23 | Booking Engine Reservations | 615 | $ 4.75 | $ 2,921.25 |
| Mar-23 | GDS Reservations | 98 | $ 12.50 | $ 1,225.00 |
| Mar-23 | Call Center Share of Revenue | $87,520.89 | $ 0.07 | $ 6,126.46 |
| | | | $ - | $ - |
| Mar-23 | Perks Monthly Fee | 1 | $ 1,638.00 | $ 1,638.00 |
| | | | $ - | $ - |
| Mar-23 | CRM Monthly Fee | 1 | $ 1,775.00 | $ 1,775.00 |
| | | | $ - | $ - |
| | | | $ - | $ - |
| Mar-23 | Call Center Fam Trip aifare for agents | 1 | $ 600.59 | $ 600.59 |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | Subtotal | $ 20,893.80 |
| | | | Tax Rate | |
| | | | Sales Tax | $ - |
| | | | Total | $ 20,893.80 |

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Holdings**

INVOICE #: INV2234
DATE: 04/10/2023
DUE DATE: 04/30/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $144,431.42
TOTAL DUE: $144,431.42

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Margaritaville Times Square Q1 2023 Royalty | $108,323.57 |
| Margaritaville Times Square Q1 2023 1% Marketing Fee | $36,107.85 |
| **TOTAL AMOUNT:** | **$144,431.42** |

Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $144,431.42

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV2234

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

REMIT TO: Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 04/10/2023    Terms:    Due Date: 04/30/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Holdings**

INVOICE #: INV2235
DATE: 04/10/2023
DUE DATE: 05/10/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $50,000.00
TOTAL DUE: $50,000.00

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| January 2023 Fixed Monthly Sub-license Fee | $50,000.00 |
| TOTAL AMOUNT: | $50,000.00 |

**Margaritaville Holdings**
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $50,000.00

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV2235

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 04/10/2023    Terms:    Due Date: 05/10/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Holdings**

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

INVOICE #: INV2236
DATE: 04/10/2023
DUE DATE: 05/10/2023

TOTAL AMOUNT: $50,000.00
TOTAL DUE: $50,000.00

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| February 2023 Fixed Monthly Sub-license Fee | $50,000.00 |
| TOTAL AMOUNT: | $50,000.00 |

**Margaritaville Holdings**
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $50,000.00
AMOUNT ENCLOSED:

Customer ID - Name: C00267 - MARGARITAVILLE NEW YORK
Invoice #: INV2236

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 04/10/2023   Terms:   Due Date: 05/10/2023   Customer ID: C00267

6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626

# INVOICE

**Margaritaville Holdings**

INVOICE #: INV2237
DATE: 04/10/2023
DUE DATE: 05/10/2023

6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $50,000.00
TOTAL DUE: $50,000.00

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT
,

| DESCRIPTION / MEMO | AMOUNT |
| --- | --- |
| March 2023 Fixed Monthly Sub-license Fee | $50,000.00 |
| TOTAL AMOUNT: | $50,000.00 |

Margaritaville Holdings
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $50,000.00

AMOUNT ENCLOSED:

Customer ID - Name: C00267 - MARGARITAVILLE NEW YORK
Invoice #: INV2237

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT
,

**REMIT TO:** Margaritaville Holdings
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

Invoice Date: 04/10/2023    Terms:    Due Date: 05/10/2023    Customer ID: C00267

# INVOICE

**Margaritaville Holdings**

INVOICE #: INV2287
DATE: 05/01/2023
DUE DATE: 05/01/2023

6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $625.00
TOTAL DUE: $625.00

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| Medallia System Monthly Expense - May 2023 | $625.00 |
| TOTAL AMOUNT: | $625.00 |

Margaritaville Holdings
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $625.00

AMOUNT ENCLOSED:

Customer ID - Name: C00267 - MARGARITAVILLE NEW YORK
Invoice #: INV2287

BILL TO: MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

REMIT TO: Margaritaville Holdings
6900 Turkey Lake Rd Ste 200
Orlando, FL 32819-4707

Invoice Date: 05/01/2023    Terms:    Due Date: 05/01/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Holdings**

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

INVOICE #: INV2288
DATE: 05/01/2023
DUE DATE: 05/01/2023

TOTAL AMOUNT: $1,000.00
TOTAL DUE: $1,000.00

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| MAY 2023 WEBSITE HOST/MAINTENANCE FEE | $1,000.00 |
| **TOTAL AMOUNT:** | **$1,000.00** |

Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $1,000.00

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV2288

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date: 05/01/2023    Terms:    Due Date: 05/01/2023    Customer ID: C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**

# INVOICE

**Margaritaville Holdings**

INVOICE #: INV2300
DATE: 04/30/2023
DUE DATE: 05/31/2023

6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

TOTAL AMOUNT: $50,000.00
TOTAL DUE: $50,000.00

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

| DESCRIPTION / MEMO | AMOUNT |
|---|---|
| April 2023 Fixed Monthly Sub-license Fee | $50,000.00 |
| **TOTAL AMOUNT:** | **$50,000.00** |

Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707
Phone (407) 930-7248
tdaniels@margaritaville.com

TOTAL DUE: $50,000.00

AMOUNT ENCLOSED:

Customer ID - Name:  C00267 - MARGARITAVILLE NEW YORK
Invoice #:  INV2300

**BILL TO:** MARGARITAVILLE NEW YORK
MV TIMES SQUARE RESORT

**REMIT TO:** Margaritaville Holdings
6900 Turkey Lake Rd  Ste 200
Orlando, FL 32819-4707

Invoice Date:  04/30/2023    Terms:    Due Date:  05/31/2023    Customer ID:  C00267

**6900 TURKEY LAKE ROAD, SUITE 200 • ORLANDO, FL 32819 • PHONE (407) 203-2626**



*Margaritaville Hospitality Group*

**Michelle Droz**
6900 Turkey Lake Rd, Ste 200
Orlando, Florida 32819
407-930-7225

Bill to: Margaritaville Resort Times Square
560 Seventh Ave New York, NY 10018

Property CRS ID : 34443

| Invoice Date | Property | System Vendor | Invoice # |
|---|---|---|---|
| 5/9/2023 | Margaritaville Resort Times Square | Sabre Hospitality Solutions | INV2316 |

| Miscellaneous Description | | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Apr-23 | CRS Monthly Maintenance Fees | 1 | $ 350.00 | $ 350.00 |
| Apr-23 | Channel Connect Reservations | 2,155 | $ 2.50 | $ 5,387.50 |
| Apr-23 | Booking Engine Reservations | 472 | $ 4.75 | $ 2,242.00 |
| Apr-23 | GDS Reservations | 76 | $ 12.50 | $ 950.00 |
| Apr-23 | Call Center Share of Revenue | $90,798.89 | $ 0.07 | $ 6,355.92 |
| | | | $ - | $ - |
| Apr-23 | Perks Monthly Fee | 1 | $ 1,638.00 | $ 1,638.00 |
| | | | $ - | $ - |
| Apr-23 | CRM Monthly Fee | 1 | $ 1,775.00 | $ 1,775.00 |
| Apr-23 | Marketing Email Allocation Overage | 5,085 | $ 0.006 | $ 30.51 |
| | | | $ - | $ - |
| | | | | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | $ - | $ - |
| | | | Subtotal | $ 18,728.93 |
| | | | Tax Rate | |
| | | | Sales Tax | $ - |
| | | | Total | $ 18,728.93 |