UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                             Chapter 11

560 Seventh Avenue Owner Secondary LLC,              Case No.  23-11071-PB

                                       Debtor.
------------------------------------------------------------x

**DEBTOR'S APPLICATION FOR AN ORDER ESTABLISHING
DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING
<u>THE FORM AND MANNER OF NOTICE THEREOF</u>**

**TO THE HONORABLE PHILIP BENTLEY,
UNITED STATES BANKRUPTCY JUDGE:**

        The application 560 Seventh Avenue Owner Secondary LLC (the "**Debtor**"), by its attorneys, Goldberg Weprin Finkel Goldstein LLP, respectfully shows this Court as follows:

        1.    The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on July 9, 2023.

        2.    In furtherance of the confirmation process, the Debtor hereby seeks entry of the pre-fixed order establishing a bar date for the filing of claims in accordance with Bankruptcy Rule 3003(c)(3).

        3.    The establishment of a bar date is necessary to the efficient administration of this Chapter 11 case and will assist in evaluating the total universe of claims.

2

WHEREFORE, the Debtor respectfully prays for the entry of the pre-fixed order, together with such other and further relief as this Court may deem just, proper and necessary.

Dated: New York, New York
July 26, 2023

>GOLDBERG WEPRIN
>FINKEL GOLDSTEIN LLP
>*Attorneys for the Debtor*
>125 Park Avenue, 12th Floor
>New York, New York 10017
>(212) 221-5700
>
>By:    /s/ Kevin J. Nash Esq.