**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: 560 Seventh Avenue Owner Secondary LLC         CASE NO.: 23–11071–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
82–3373486

---

# NOTICE OF HEARING

Please take notice that a hearing has been scheduled for August 4, 2023 at 3:00 PM on the Motion for Relief from Stay filed by Harvey A. Strickon on behalf of AREPIII MVTS, LLC and CREP TIMES SQUARE HOTEL LLC (Dkt. No. 10).

This hearing will be conducted using Zoom for Government. Parties that wish to appear at a zoom hearing, whether making a live or listen only appearance before the Court, need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt–appearances. The deadline to sign up for each hearing before Judge Bentley is 4:00 PM the business day before a hearing is scheduled. After the deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for each zoom hearing.

Thank you


Dated: August 3, 2023                                   Vito Genna
                                                        Clerk of the Court