# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: admin | Date Created: 8/3/2023 |
| Case: 23–11071–pb | Form ID: 143 | Total: 44 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| unk | AREPIII MVTS, LLC |
| intp | Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 2(H) |
| intp | Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 1(H) |
| unk | AREPIII MVTS, LLC and CREP TIMES SQUARE HOTEL LLC |
| intp | Independent Managers Kristine E. Eppes and Benjamin L. Hancock |
| 8034073 | AREPIII MVTS, LLC |
| 8213614 | Independent Managers Kristine E. Eppes and Benjami |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | Clifford A. Katz | ckatz@platzerlaw.com |
| aty | Harvey A. Strickon | harveystrickon@paulhastings.com |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |
| aty | Jason S. Levin | jlevin@morrisjames.com |
| aty | Kevin J. Nash | kjnash@gwfglaw.com |
| aty | Laura E. Appleby | laura.appleby@faegredrinker.com |
| aty | Lawrence R. Reich | reichlaw@reichpc.com |
| aty | Scott S. Markowitz | smarkowitz@tarterkrinsky.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | 560 Seventh Avenue Owner Secondary LLC | 560 Seventh Avenue | New York, NY 10018–1801 | |
| intp | Garment Center Congregation | c/o Tarter Krinsky & Drogin LLP | 1350 Broadway, 11th Floor | New York, NY 10018 |
| cr | NEC Financial Services, LLC | 250 Pehle Avenue Suite 203 | Saddle Brook, NJ 07663 | |
| cr | IMCMV Times Square, LLC | 4901 Vineland Road, Suite 600 | Orlando, FL 32811 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor    New York, NY 10007 |
| 8033816 | AREPIII MVTS LLC | c/o Arden Group | 1600 Market Street, Suite 2600 | Philadelphia, PA 19103 |
| 8033820 | ArentFox Schiff LLP | Attn: Richard L. Brand, Esq. | 1717 K. Street N.W. | Washington, D.C. 20006 |
| 8033817 | Brian Nath | 1600 Market Street, Suite 2600 | Philadelphia, PA 19103 | |
| 8035595 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | BANKRUPTCY / EAG GROUP | 4 IRVING PLACE 9TH FLOOR | NEW YORK, NY 10003 |
| 8033819 | CREP Times Square Hotel LLC | c/o Corten Real Estate Partners | Attn: Brandon Fury, Principal | 1000 N. West Street, Suite 913    Wilmington, DE 19801 |
| 8033818 | Eric F. Allendorf, Esq. | Paul Hastings LLP | 200 Park Avenue | New York, NY 10166 |
| 8033821 | FTI Consulting | Attn: Eun Suk Oh | 1166 Avenue of the Americas, 15th Floor | New York, NY 10036 |
| 8033822 | Faegre Drinker Biddle & Reath LLP | Attn: Jinho Alex Yim | 1177 Avenue of the Americas, 41st Floor | New York, NY 10036 |
| 8033824 | Global One Asset Management | 4F, Hanyang Bldg, 18, Gukhoe–daero 70–gi | Yeongdeungpo–gu, South Korea 07237 | |
| 8033825 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 8034634 | NEC Financial Services, LLC | 250 Pehle Avenue, Suite 203 | Saddle Brook, NJ 07663 | |
| 8033826 | NYC Dep't of Finance | Legal Affairs, Collection Unit | 375 Pearl St Apt 30 | New York, NY 10038–1442 |
| 8033827 | NYC Dept of Law | Attn: Bernadette Brennan, Esq. | 100 Church St Rm 5–233 | New York, NY 10007–2601 |
| 8033828 | NYS Attorney General | 28 Liberty St | New York, NY 10005–1400 | |
| 8033829 | NYS Dep't of Taxation | Bankruptcy/Special Procedure | PO Box 5300 | Albany, NY 12205–0300 |
| 8033823 | OWS CRE Funding I, LLC | Attn: Victor Diaso | 299 Park Avenue, 25th Floor | New York, NY 10171 |
| 8034789 | Quill Corporation | 7 Technology Circle | Columbia, SC 29203 | |
| 8034052 | Tarter Krinsky & Drogin LLP | 1350 Broadway, 11th Floor | New York, NY 10018 | Attn: Scott S. Markowitz, Esq.    Attn: Debra Bodian Bernstein, Esq. |

TOTAL: 27