**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: 560 Seventh Avenue Owner Secondary LLC | CASE NO.: 23−11071−pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 82−3373486 | CHAPTER: 11 |

## NOTICE OF HEARING

Please take notice that a hearing has been scheduled for August 4, 2023 at 3:00 PM on the Motion for Relief from Stay filed by Harvey A. Strickon on behalf of AREPIII MVTS, LLC and CREP TIMES SQUARE HOTEL LLC (Dkt. No. 10).

This hearing will be conducted using Zoom for Government. Parties that wish to appear at a zoom hearing, whether making a live or listen only appearance before the Court, need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt−appearances. The deadline to sign up for each hearing before Judge Bentley is 4:00 PM the business day before a hearing is scheduled. After the deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for each zoom hearing.

Thank you

Dated: August 3, 2023                                Vito Genna
                                                     Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11071-pb |
| 560 Seventh Avenue Owner Secondary LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 03, 2023 | Form ID: 143 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 560 Seventh Avenue Owner Secondary LLC, 560 Seventh Avenue, New York, NY 10018-1801 |
| intp | + | Garment Center Congregation, c/o Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947 |
| cr | + | IMCMV Times Square, LLC, 4901 Vineland Road, Suite 600, Orlando, FL 32811-7196 |
| 8033816 | + | AREPIII MVTS LLC, c/o Arden Group, 1600 Market Street, Suite 2600, Philadelphia, PA 19103-7219 |
| 8033820 | + | ArentFox Schiff LLP, Attn: Richard L. Brand, Esq., 1717 K. Street N.W., Washington, D.C. 20006-5344 |
| 8033817 | + | Brian Nath, 1600 Market Street, Suite 2600, Philadelphia, PA 19103-7219 |
| 8033819 | + | CREP Times Square Hotel LLC, c/o Corten Real Estate Partners, Attn: Brandon Fury, Principal, 1000 N. West Street, Suite 913, Wilmington, DE 19801-1050 |
| 8033818 | + | Eric F. Allendorf, Esq., Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| 8033821 | + | FTI Consulting, Attn: Eun Suk Oh, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036-2745 |
| 8033822 | + | Faegre Drinker Biddle & Reath LLP, Attn: Jinho Alex Yim, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| 8033824 | | Global One Asset Management, 4F, Hanyang Bldg, 18, Gukhoe-daero 70-gi, Yeongdeungpo-gu, South Korea 07237 |
| 8033827 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 8033828 | | NYS Attorney General, 28 Liberty St, New York, NY 10005-1400 |
| 8033823 | + | OWS CRE Funding I, LLC, Attn: Victor Diaso, 299 Park Avenue, 25th Floor, New York, NY 10171-0017 |
| 8034052 | + | Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947, Attn: Scott S. Markowitz, Esq., Attn: Debra Bodian Bernstein, Esq. |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 03 2023 18:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 03 2023 18:59:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 03 2023 18:59:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 03 2023 18:59:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Aug 03 2023 18:59:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8035595 | + | Email/Text: EAGBankruptcy@coned.com | Aug 03 2023 18:59:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY / EAG GROUP, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 8034634 | | Email/Text: LITIGATION@NECLEASE.COM | Aug 03 2023 18:59:00 | NEC Financial Services, LLC, 250 Pehle Avenue, Suite 203, Saddle Brook, NJ 07663 |
| 8033826 | | Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 03 2023 18:59:00 | NYC Dep't of Finance, Legal Affairs, Collection |

23-11071-pb    Doc 27    Filed 08/05/23    Entered 08/06/23 00:07:53    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 143 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Unit, 375 Pearl St Apt 30, New York, NY 10038-1442 |
| 8033829 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 03 2023 18:59:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |
| 8034789 | + | Email/Text: thomas.riggleman@staples.com | Aug 03 2023 18:59:00 | Quill Corporation, 7 Technology Circle, Columbia, SC 29203-9591 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| unk | | AREPIII MVTS, LLC |
| unk | | AREPIII MVTS, LLC and CREP TIMES SQUARE HOTEL LLC |
| intp | | Global One Professional Investment Type Private U. |
| intp | | Global One Professional Investment Type Private U. |
| intp | | Independent Managers Kristine E. Eppes and Benjami |
| 8034073 | | AREPIII MVTS, LLC |
| 8213614 | | Independent Managers Kristine E. Eppes and Benjami |
| cr | *P++ | NEC FINANCIAL SERVICES, 250 PEHLE AVE, STE 704, SADDLE BROOK NJ 07663-5888, address filed with court:, NEC Financial Services, LLC, 250 Pehle Avenue, Suite 203, Saddle Brook, NJ 07663 |
| 8033825 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 7 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Clifford A. Katz | on behalf of Creditor NEC Financial Services  LLC ckatz@platzerlaw.com |
| Harvey A. Strickon | on behalf of Unknown AREPIII MVTS  LLC and CREP TIMES SQUARE HOTEL LLC harveystrickon@paulhastings.com |
| Harvey A. Strickon | on behalf of Unknown AREPIII MVTS  LLC harveystrickon@paulhastings.com |
| J. Ted Donovan | on behalf of Debtor 560 Seventh Avenue Owner Secondary LLC TDonovan@GWFGlaw.com |
| Jason S. Levin | on behalf of Interested Party Independent Managers Kristine E. Eppes and Benjamin L. Hancock jlevin@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 143 | Total Noticed: 25 |

Kevin J. Nash
    on behalf of Debtor 560 Seventh Avenue Owner Secondary LLC kjnash@gwfglaw.com  kjnash@gwfglaw.com

Laura E. Appleby
    on behalf of Interested Party Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 2(H)
    laura.appleby@faegredrinker.com  cathy.greer@faegredrinker.com

Laura E. Appleby
    on behalf of Interested Party Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 1(H)
    laura.appleby@faegredrinker.com  cathy.greer@faegredrinker.com

Lawrence R. Reich
    on behalf of Creditor IMCMV Times Square  LLC reichlaw@reichpc.com

Scott S. Markowitz
    on behalf of Interested Party Garment Center Congregation smarkowitz@tarterkrinsky.com
    snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV


TOTAL: 12