UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>560 SEVENTH AVENUE OWNER SECONDARY LLC,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 23-11071 (PB) |

**STIPULATION AND ORDER ESTABLISHING SCHEDULE
FOR REMOTE EVIDENTIARY HEARING
ON AUGUST 31, 2023 IN CONNECTION WITH
SECURED PARTY'S MOTION FOR RELIEF FROM STAY**

Pursuant to the direction provided by the Court on the record on August 4, 2023, 560 Seventh Avenue Owner Secondary LLC ("Debtor") and AREPIII MVTS, LLC and CREP Times Square Hotel LLC (together, "Secured Party") jointly submit the below proposed stipulated schedule for the August 31, 2023 remote evidentiary hearing in connection with Secured Party's *Motion for Relief from the Stay* (Dkt. 10) (the "Lift Stay Motion") relating to the application of the *C-TC* factors ("Phase One"):

1. Secured Party's brief regarding the application of the *C-TC* factors shall be filed no later than August 21, 2023.

2. Debtor's two-page reply brief regarding the application of the *C-TC* factors shall be filed no later than August 24, 2023.

3. The parties will exchange preliminary witness lists (excluding rebuttal witnesses) and exhibit lists no later than 5:00 pm ET on August 25, 2023.

4. The parties will exchange and provide to the Court declarations containing the direct testimony of all witnesses no later than 5:00 pm ET on August 28, 2023.

5.     The parties will submit a proposed pre-trial order to the Court no later than 5:00 pm ET on August 28, 2023.  The proposed pre-trial order will cover, among other things, the relevant matters set forth in this stipulation and order, as well as the applicable remote hearing procedures set forth at *In re KB US Holdings, Inc.*, No. 20-22962 (SHL), Dkt. No. 176 (Sept. 18, 2020).

6.     The parties will exchange and provide to the Court binders with copies of witness lists (excluding rebuttal witnesses), declarations, exhibits, and stipulations entered into by the parties no later than 5:00 pm ET on August 28, 2023.

7.     In the event that Debtor prevails on the Phase One aspect of the proceedings, the Court shall schedule additional evidentiary hearings on the balance of the Lift Stay Motion.

Dated: New York, New York
       August 17, 2023

| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | PAUL HASTINGS LLP |
|---|---|
| By:  */s/ Kevin J. Nash*  <br>       Kevin J. Nash | By:  */s/ Harvey A. Strickon*  <br>       Harvey A. Strickon |
| Proposed Attorneys for the Debtor | Attorneys for Secured Party |
| 125 Park Avenue - 12th Floor <br> New York, New York 10017 <br> (212) 221-5700 <br> E-mail: knash@gwfglaw.com | 200 Park Avenue <br> New York, NY 10166 <br> Tel:   (212) 318-6380 <br> Fax:   (212) 230-7689 <br> E-mail: harveystrickon@paulhastings.com |

The following stipulation is hereby
SO ORDERED this __ day of
August 2023

_____
Hon. Philip Bentley