UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Secondary LLC, | Case No. 23-11071-PB |
| Debtor. | |

--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Primary LLC, | Case No. 23-11289-PB |
| Debtor. | |

--------------------------------------------------------x

**APPLICATION FOR ORDER DIRECTING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015(b)**

**TO THE HONORABLE PHILIP BENTLEY
UNITED STATES BANKRUPTCY JUDGE:**

560 Seventh Avenue Owner Primary LLC and 560 Seventh Avenue Owner Secondary LLC as and for their joint application respectfully represent:

1. 560 Seventh Avenue Owner Secondary LLC ("Member Debtor") is the 100% equity holder and sole member of the 560 Seventh Avenue Owner Primary LLC ("Hotel Debtor"), which owns and operates the Margaritaville Resort Times Square Hotel located at 560 Seventh Avenue, New York, NY.

2. Accordingly, Member Debtor and Hotel Debtor are affiliates, as that term is defined in 11 U.S.C. 101(2).

3. On July 9, 2023, Member Debtor filed a voluntary Chapter 11 petition. Subsequently, Hotel Debtor filed its own voluntary petition on August 12, 2023.

4. Bankruptcy Rule 1015(b)(4) authorizes the entry of an order for the joint administration of cases under Title 11 involving a debtor and an affiliate of the debtor.

5. Entry of an order directing joint administration of these two cases will obviate the need for duplicative notices, applications and orders, thereby saving unnecessary time and expense. The Court will also be relieved of the burden of entering duplicate orders and keeping duplicate files. Further, supervision of the administrative aspects of the Chapter 11 cases by the office of the United States Trustee will be simplified.

6. By reason of the foregoing, the administrative concerns of both the Member Debtor and the Hotel Debtor, their creditors and equity holders would best be served by joint administration of the cases. The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of the cases since no substantive consolidation will occur and each creditor may still file its claim against the particular estate which allegedly owes it money.

WHEREFORE, Member Debtor and Hotel Debtor seek the entry of the prefixed order, pursuant to Bankruptcy Rule 1015(b), directing the joint administration of the affiliated cases, and for such other and further relief as it is just and proper.

Dated: New York, New York
       August 12, 2023

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**
Proposed Attorneys for both Debtors
125 Park Avenue, 12th Floor
New York, New York 10017
(212) 221-5700

By:  /s/ Kevin J. Nash, Esq.