UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                          Chapter 11

560 Seventh Avenue Owner Secondary LLC,              Case No.  23-11071-PB

                                              Debtor.
---------------------------------------------------------x
In re:                                                                          Chapter 11

560 Seventh Avenue Owner Primary LLC,              Case No.  23-11289-PB

                                              Debtor.
---------------------------------------------------------x

# ORDER DIRECTING THE JOINT
# ADMINISTRATION OF AFFILIATED CASES

Upon reading and filing of the joint application of 560 Seventh Avenue Owner Secondary LLC (the "Member Debtor") and 560 Seventh Avenue Owner Primary LLC (the "Hotel Debtor") for an Order directing the joint administration of affiliated cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and good and proper notice having been given; and a hearing having been held on _____, 2023 and no objection having been heard; and good and sufficient cause appearing therefore; it is

**ORDERED**, that the Member Debtor and the Hotel Debtor are hereby authorized to jointly administer their cases; and it is further

**ORDERED**, that the Clerk of the Court is directed to record all matters in the above captioned cases on the docket sheet for 560 Seventh Avenue Owner Primary LLC, Case No. _____.  This case will be known as the lead case.  The other related docket will so indicate that future entries will be found on the docket of the lead case; and it is further

**ORDERED**, that the caption of the jointly administered cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Primary LLC, | Case No. 23-11289-PB |
| 560 Seventh Avenue Owner Secondary LLC, | Case No. 23-11071-PB |
| Debtors. | Jointly Administered |

---------------------------------------------------------x

and it is further

**ORDERED**, that nothing herein contained shall constitute or be deemed to constitute the substantive consolidation of these estates; and it is further

**ORDERED**, that papers submitted shall clearly indicate on the face of the paper the specific debtor entity to which the paper relates; and it is further

**ORDERED**, that all claims for each case continue to be docketed on each individual case claims docket; and it is further

**ORDERED**, that Member Debtor and Hotel Debtor shall maintain separate bank accounts; and it is further

**ORDERED**, that the Debtors shall each file separate monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

**ORDERED**, that the Clerk of the Court is directed to provide notice of this amended caption and administrative consolidation to all creditors and parties in interest.

Dated: New York, NY
August __, 2023

_____
Hon. Philip Bentley