UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Secondary LLC, | Case No. 23-11071-PB |
| Debtor. | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Primary LLC, | Case No. 23-11289-PB |
| Debtor. | |

---------------------------------------------------------x

## ORDER DIRECTING THE JOINT ADMINISTRATION OF AFFILIATED CASES

Upon reading and filing of the joint application of 560 Seventh Avenue Owner Secondary LLC (the "Member Debtor") and 560 Seventh Avenue Owner Primary LLC (the "Hotel Debtor") for an Order directing the joint administration of affiliated cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and good and proper notice having been given; and a hearing having been held on August 15, 2023 and no objection having been heard; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Member Debtor and the Hotel Debtor are hereby authorized to jointly administer their cases; and it is further

**ORDERED**, that the Clerk of the Court is directed to record all matters in the above captioned cases on the docket sheet for 560 Seventh Avenue Owner Primary LLC, Case No. 23-11289. This case will be known as the lead case. The other related docket will so indicate that future entries will be found on the docket of the lead case; and it is further

**ORDERED**, that the caption of the jointly administered cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Primary LLC, | Case No.  23-11289-PB |
| 560 Seventh Avenue Owner Secondary LLC, | Case No.  23-11071-PB |
| Debtors. | Jointly Administered |

--------------------------------------------------------x

and it is further

**ORDERED**, that nothing herein contained shall constitute or be deemed to constitute the substantive consolidation of these estates; and it is further

**ORDERED**, that papers submitted shall clearly indicate on the face of the paper the specific debtor entity to which the paper relates; and it is further

**ORDERED**, that all claims for each case continue to be docketed on each individual case claims docket; and it is further

**ORDERED**, that Member Debtor and Hotel Debtor shall maintain separate bank accounts; and it is further

**ORDERED**, that the Debtors shall each file separate monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

**ORDERED**, that the Clerk of the Court is directed to provide notice of this amended caption and administrative consolidation to all creditors and parties in interest.

Dated:    August 17, 2023
           New York, New York

                                      /s/ Philip Bentley
                                  **Hon. Philip Bentley**
                                  **United States Bankruptcy Judge**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11071-pb |
| 560 Seventh Avenue Owner Secondary LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 18, 2023 | Form ID: pdf001 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 560 Seventh Avenue Owner Secondary LLC, 560 Seventh Avenue, New York, NY 10018-1801 |
| intp | + | Garment Center Congregation, c/o Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947 |
| cr | + | IMCMV Times Square, LLC, 4901 Vineland Road, Suite 600, Orlando, FL 32811-7196 |
| 8033816 | + | AREPIII MVTS LLC, c/o Arden Group, 1600 Market Street, Suite 2600, Philadelphia, PA 19103-7219 |
| 8033820 | + | ArentFox Schiff LLP, Attn: Richard L. Brand, Esq., 1717 K. Street N.W., Washington, D.C. 20006-5344 |
| 8033817 | + | Brian Nath, 1600 Market Street, Suite 2600, Philadelphia, PA 19103-7219 |
| 8033819 | + | CREP Times Square Hotel LLC, c/o Corten Real Estate Partners, Attn: Brandon Fury, Principal, 1000 N. West Street, Suite 913, Wilmington, DE 19801-1000 |
| 8033818 | + | Eric F. Allendorf, Esq., Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| 8033821 | + | FTI Consulting, Attn: Eun Suk Oh, 1166 Avenue of the Americas, 15th Floor, New York, NY 10036-2745 |
| 8033822 | + | Faegre Drinker Biddle & Reath LLP, Attn: Jinho Alex Yim, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| 8033824 | | Global One Asset Management, 4F, Hanyang Bldg, 18, Gukhoe-daero 70-gi, Yeongdeungpo-gu, South Korea 07237 |
| 8033827 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 8033828 | | NYS Attorney General, 28 Liberty St, New York, NY 10005-1400 |
| 8033823 | + | OWS CRE Funding I, LLC, Attn: Victor Diaso, 299 Park Avenue, 25th Floor, New York, NY 10171-0017 |
| 8034052 | + | Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947, Attn: Scott S. Markowitz, Esq., Attn: Debra Bodian Bernstein, Esq. |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8035595 | + | Email/Text: EAGBankruptcy@coned.com | Aug 18 2023 18:54:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC, BANKRUPTCY / EAG GROUP, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 8033825 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2023 18:54:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8034634 | | Email/Text: LITIGATION@NECLEASE.COM | Aug 18 2023 18:54:00 | NEC Financial Services, LLC, 250 Pehle Avenue, Suite 203, Saddle Brook, NJ 07663 |
| 8033826 | | Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 18 2023 18:54:00 | NYC Dep't of Finance, Legal Affairs, Collection Unit, 375 Pearl St Apt 30, New York, NY 10038-1442 |
| 8033829 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 18 2023 18:54:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |
| 8034789 | + | Email/Text: thomas.riggleman@staples.com | Aug 18 2023 18:54:00 | Quill Corporation, 7 Technology Circle, Columbia, SC 29203-9591 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

23-11071-pb    Doc 34    Filed 08/20/23    Entered 08/21/23 00:09:48    Imaged
Certificate of Notice    Pg 5 of 6

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: pdf001 | Total Noticed: 21 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| unk | | AREPIII MVTS, LLC |
| unk | | AREPIII MVTS, LLC and CREP TIMES SQUARE HOTEL LLC |
| intp | | Global One Professional Investment Type Private U. |
| intp | | Global One Professional Investment Type Private U. |
| intp | | Independent Managers Kristine E. Eppes and Benjami |
| 8034073 | | AREPIII MVTS, LLC |
| 8213614 | | Independent Managers Kristine E. Eppes and Benjami |
| cr | *P++ | NEC FINANCIAL SERVICES, 250 PEHLE AVE, STE 704, SADDLE BROOK NJ 07663-5888, address filed with court:, NEC Financial Services, LLC, 250 Pehle Avenue, Suite 203, Saddle Brook, NJ 07663 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Clifford A. Katz | on behalf of Creditor NEC Financial Services  LLC ckatz@platzerlaw.com |
| Harvey A. Strickon | on behalf of Unknown AREPIII MVTS  LLC and CREP TIMES SQUARE HOTEL LLC harveystrickon@paulhastings.com |
| Harvey A. Strickon | on behalf of Unknown AREPIII MVTS  LLC harveystrickon@paulhastings.com |
| J. Ted Donovan | on behalf of Debtor 560 Seventh Avenue Owner Secondary LLC TDonovan@GWFGlaw.com |
| Jason S. Levin | on behalf of Interested Party Independent Managers Kristine E. Eppes and Benjamin L. Hancock jlevin@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Kevin J. Nash | on behalf of Debtor 560 Seventh Avenue Owner Secondary LLC kjnash@gwfglaw.com  kjnash@gwfglaw.com |
| Laura E. Appleby | on behalf of Interested Party Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 2(H) laura.appleby@faegredrinker.com  cathy.greer@faegredrinker.com |
| Laura E. Appleby | on behalf of Interested Party Global One Professional Investment Type Private U.S. Real Estate Investment Trust No. 1(H) laura.appleby@faegredrinker.com  cathy.greer@faegredrinker.com |
| Lawrence R. Reich | on behalf of Creditor IMCMV Times Square  LLC reichlaw@reichpc.com |
| Scott S. Markowitz | on behalf of Interested Party Garment Center Congregation smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com;mtorres@tarterkrinsky.com |

District/off: 0208-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 18, 2023 | Form ID: pdf001 | Total Noticed: 21

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 12