UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| 560 Seventh Avenue Owner Primary LLC | Case No. 23-11289-PB |
| 560 Seventh Avenue Owner Secondary LLC | Case No. 23-11071-PB |
|        Debtors. | |

------------------------------------------------------------x

## ORDER TERMINATING JOINT ADMINISTRATION

Upon the motion (the "Motion"),[1] of 560 Seventh Avenue Owner Primary LLC ("Primary" or the "Debtor"), pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an order terminating the joint administration of the above-captioned bankruptcy cases, and granting related relief; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the relief requested in the Motion being in the best interests of the Debtor, its estate, and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

    1.    The Motion is granted to the extent provided herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

LEGAL\68190813\1

2. The joint administration of the above-captioned bankruptcy cases is hereby terminated.

3. The Clerk of Court is directed to record all matters in Primary's bankruptcy case on the docket sheet 560 Seventh Avenue Owner Primary LLC, Case No. 23-11289-PB.

4. The caption of the bankruptcy case for 560 Seventh Avenue Owner Primary LLC shall revert back to the following:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                Chapter 11

560 Seventh Avenue Owner Primary LLC,        Case No. 23-11289-PB

      Debtor.
-----------------------------------------------------------x

5. The Clerk of Court is directed to record all matters in Secondary's bankruptcy case on the docket sheet 560 Seventh Avenue Owner Secondary LLC, Case No. 23-11071-PB.

6. The Clerk of Court is directed to provide notice of the amended case caption and the termination of joint administration to all creditors and parties in interest.


Dated: New York, New York
      January 30, 2024

                                                  /s/ Philip Bentley
                                                  THE HONORABLE PHILIP BENTLEY
                                                  UNITED STATES BANKRUPTCY JUDGE

LEGAL\68190813\1