UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

560 Seventh Avenue Owner Secondary LLC,                   Case No. 23-11071-PB

                                      Debtor.
-------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on the motion of 560 Seventh Avenue Owner Secondary LLC, the Debtor herein, for the entry of an Order dismissing the within Chapter 11 case has been adjourned by the Court from December 3, 2024 to December 5, 2024 at 2:00 p.m. before the Honorable Philip Bentley at the U.S. Bankruptcy Court, One Bowling Green, New York, NY 10004 (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted by Zoom. Parties wishing to participate in and/or listen to the Hearing can register using the Court's "eCourt appearances" tool on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: New York, New York
       November 22, 2024

                              Goldberg Weprin Finkel Goldstein LLP
                              *Attorneys for the Debtor*
                              125 Park Avenue, 12th Floor
                              New York, New York 1017
                              (212) 221-5700

                              By:    /s/ J. Ted Donovan, Esq.