UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 560 Seventh Avenue Owner Secondary LLC, | Case No. 23-11071 (PB) |
| Debtor. | |

---------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Upon reading and considering the motion of 560 Seventh Avenue Owner Secondary LLC, the Debtor herein, seeking the entry of an Order dismissing the within Chapter 11 case; and a hearing having been held on December 5, 2024; and no objection having been made; and sufficient cause appearing therefor; it is

**ORDERED**, that the Chapter 11 is hereby dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that on or before December 31, 2024, the Debtor shall file with the Court all monthly operating reports due through the date of entry of this order (the "Reports") and shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within fifteen (15) days of the filing of the Reports.

Dated: New York, New York
December 16, 2024

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**