**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: 560 Seventh Avenue Owner Secondary LLC      CASE NO.: 23–11071–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 11
82–3373486

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Philip Bentley in this Chapter 11 case.

560 Seventh Avenue Owner Secondary LLC was dismissed from the case on December 16, 2024 .

Dated: December 16, 2024                                    Vito Genna
                                                            Clerk of the Court