# Notice Recipients

| | |
|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 12/16/2024 |
| Case: 23−11071−pb | Form ID: 131 | Total: 29 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

8034073     AREPIII MVTS, LLC

8213614     Independent Managers Kristine E. Eppes and Benjami

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV

aty     Brian S. Masumoto     nysbnotice@gmail.com

aty     J. Ted Donovan     TDonovan@GWFGlaw.com

aty     Kevin J. Nash     knash@gwfglaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     560 Seventh Avenue Owner Secondary LLC     560 Seventh Avenue     New York, NY 10018−1801

smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300

smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007

smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346

smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551

smg     New York City Dept. Of Finance     Office of Legal Affairs     375 Pearl Street, 30th Floor     New York, NY 10038

8033816     AREPIII MVTS LLC     c/o Arden Group     1600 Market Street, Suite 2600     Philadelphia, PA 19103

8033820     ArentFox Schiff LLP     Attn: Richard L. Brand, Esq.     1717 K. Street N.W.     Washington, D.C. 20006

8033817     Brian Nath     1600 Market Street, Suite 2600     Philadelphia, PA 19103

8035595     CONSOLIDATED EDISON COMPANY OF NEW YORK, INC     BANKRUPTCY / EAG GROUP     4 IRVING PLACE 9TH FLOOR     NEW YORK, NY 10003

8033819     CREP Times Square Hotel LLC     c/o Corten Real Estate Partners     Attn: Brandon Fury, Principal     1000 N. West Street, Suite 913     Wilmington, DE 19801

8033818     Eric F. Allendorf, Esq.     Paul Hastings LLP     200 Park Avenue     New York, NY 10166

8033821     FTI Consulting     Attn: Eun Suk Oh     1166 Avenue of the Americas, 15th Floor     New York, NY 10036

8033822     Faegre Drinker Biddle & Reath LLP     Attn: Jinho Alex Yim     1177 Avenue of the Americas, 41st Floor     New York, NY 10036

8033824     Global One Asset Management     4F, Hanyang Bldg, 18, Gukhoe−daero 70−gi     Yeongdeungpo−gu, South Korea 07237

8033825     Internal Revenue Service     Centralized Insolvency Operations     PO Box 7346     Philadelphia, PA 19101−7346

8034634     NEC Financial Services, LLC     250 Pehle Avenue, Suite 203     Saddle Brook, NJ 07663

8033826     NYC Dep't of Finance     Legal Affairs, Collection Unit     375 Pearl St Apt 30     New York, NY 10038−1442

8033827     NYC Dept of Law     Attn: Bernadette Brennan, Esq.     100 Church St Rm 5−233     New York, NY 10007−2601

8033828     NYS Attorney General     28 Liberty St     New York, NY 10005−1400

8033829     NYS Dep't of Taxation     Bankruptcy/Special Procedure     PO Box 5300     Albany, NY 12205−0300

8033823     OWS CRE Funding I, LLC     Attn: Victor Diaso     299 Park Avenue, 25th Floor     New York, NY 10171

8034789     Quill Corporation     7 Technology Circle     Columbia, SC 29203

TOTAL: 23